ARCHIBALD H. TUNICK ET AL. *v*. SURHA, INC.

The motion of August 10, 1971, by the plaintiffs to dismiss the appeal from the Superior Court in Fairfield County is denied without prejudice to further briefing and argument on appeal.

The motion of August 11, 1971, by the plaintiffs to dismiss the appeal from the Superior Court in Fairfield County is denied without prejudice to further briefing and argument on appeal.

*John J. Keogh, Jr.,* for the appellees (plaintiffs).

*Arthur A. Hiller,* for the appellant (defendant Moe Tunick).

*Stuart I. Levin,* for the appellant (defendant David Tunick).

Argued October 5—decided October 27, 1971

RUTH STONER *v*. MELVIN STONER

The motion by the defendant for a review of the order of the Superior Court in Hartford County terminating the stay of execution is granted; the request for a hearing and for an order vacating the termination of the stay is denied.

*Paul W. Orth,* in support of the motion.

*John Crosskey,* in opposition.